JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-913-KK-DTBx** | Date: | June 10, 2024 |
|---|---|---|---|
| Title: | **_Lynn Macy v. County of San Bernardino Public Works Solid Waste Management_** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                                              None Present

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

On May 3, 2024, the Court issued an Order denying Plaintiff's request to proceed <u>in forma pauperis</u> and requiring Plaintiff to pay the filing fees in full within 30 days.  ECF Docket No. ("Dkt.") 6.  Plaintiff was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice.  <u>Id.</u>

To date, Plaintiff has not paid the required filing fees.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  (JS-6)

**IT IS SO ORDERED.**